UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>               Plaintiff,<br><br>            -v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>               Defendants. | 26 Civ. 03255 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff's forthcoming letter updating the Court on the status of service, due on May 18, 2026 at 4:00 p.m., ECF No. 19, shall include, at a minimum, supplemental information regarding the following:[1]

- the steps Plaintiff has taken to identify Defendants' addresses, including any efforts beyond the Google Maps search referenced in the Mu Declaration, *see* ECF No. 10 at ¶ 12, including with respect to Defendant Anime Desk Mat (No. 33);

- how Plaintiff prepared Exhibit 1 to the Mu Declaration, ECF No. 14;

- whether Plaintiff has received contact information from the Financial Institutions for each of the Defendants;

- whether the Financial Institutions have provided a physical address for each Defendant, and if not, whether Plaintiff intends to conduct discovery to obtain physical addresses for each Defendant;

---

[1] Capitalized terms are defined in the Temporary Restraining Order, ECF No. 16.

- the steps Plaintiff has taken, or plans to take, to authenticate the physical addresses; and,

- to the extent that any physical addresses can be authenticated, the arrangements Plantiff intends to make to serve those Defendants in accordance with the Hague Convention.

SO ORDERED.

Dated: May 8, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2